Case 05-70031    Doc 44    Filed 09/30/08    Entered 09/30/08 09:13:49    Desc Main
Document      Page 1 of 2

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRAD L. STOECKER & VICKY R. STOECKER  Case Number: 05-70031
P.O. BOX 21                                SSN-xxx-xx-8845 & xxx-xx-8697
MORRISON, IL  61270

Case filed on: 1/4/2005
Plan Confirmed on: 4/15/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $61,855.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 021 | JOHN DEERE & COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | FIRST MIDWEST BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRAD L. STOECKER | 0.00 | 0.00 | 1,674.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,674.00 | 0.00 |
| 001 | MEMBERS CHOICE CR UN f/k/a CLINCO CU | 8,435.00 | 8,435.00 | 8,435.00 | 1,016.84 |
| 002 | HOUSEHOLD FINANCIAL SERVICES INC | 4,338.86 | 4,338.86 | 4,338.86 | 0.00 |
| 003 | JOHN DEERE & COMPANY | 9,204.71 | 9,204.71 | 9,204.71 | 1,109.67 |
| 004 | METRO BANK / ACRI COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FIRST MIDWEST BANK NA | 16,000.00 | 16,000.00 | 16,000.00 | 1,676.24 |
| 024 | MEMBERS CHOICE CR UN f/k/a CLINCO CU | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 37,978.57 | 37,978.57 | 37,978.57 | 3,802.75 |
| 001 | MEMBERS CHOICE CR UN f/k/a CLINCO CU | 354.76 | 354.76 | 144.48 | 0.00 |
| 005 | NCM TRST | 3,727.19 | 3,727.19 | 1,517.86 | 0.00 |
| 006 | SHEFFIELD FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AT&T UNIVERSAL CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHASE MANHATTAN BANK USA | 476.07 | 476.07 | 193.87 | 0.00 |
| 009 | CHASE MANHATTAN BANK USA | 5,783.85 | 5,783.85 | 2,355.41 | 0.00 |
| 010 | SMC | 614.80 | 614.80 | 250.37 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 360.40 | 360.40 | 146.77 | 0.00 |
| 012 | FIRST MIDWEST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,313.86 | 1,313.86 | 535.06 | 0.00 |
| 015 | FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RESURGENT CAPITAL SERVICES | 1,012.20 | 1,012.20 | 412.20 | 0.00 |
| 018 | RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROUNDUP FUNDING LLC | 671.64 | 671.64 | 273.52 | 0.00 |
| 020 | FIRST MIDWEST BANK NA | 388.42 | 388.42 | 158.18 | 0.00 |
| 023 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 10,283.02 | 10,283.02 | 4,187.65 | 0.00 |
| 025 | RUS BROTHERS' LP GAS, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | RESURGENT CAPITAL SERVICES | 5,022.82 | 5,022.82 | 2,045.50 | 0.00 |
|  | Total Unsecured | 30,009.03 | 30,009.03 | 12,220.87 | 0.00 |
|  | Grand Total: | 70,187.60 | 70,187.60 | 54,073.44 | 3,802.75 |

Total Paid Claimant:        $57,876.19
Trustee Allowance:          $3,978.81
Percent Paid Unsecured:     40.72

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008                    By  /s/Heather M. Fagan